Judge: Christopher M. Alston
Chapter: 13
Hearing Date: April 09, 2020
Hearing Time: 9:30 am
Hearing Location: Judge Alston's Courtroom
700 Stewart St #7206
Seattle,WA 98101-8101

Response Date: April 02, 2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:
TERRENCE E. TRIBBLE AND
RICHELLE J. TRIBBLE,

Debtors.

IN CHAPTER 13 PROCEEDING
NO. 16-11567

NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE AND HEARING

PLEASE TAKE NOTICE that the Trustee's Motion to Dismiss Case IS SET FOR HEARING as follow:

Judge: Christopher M. Alston
Location: Judge Alston's Courtroom
700 Stewart St #7206
Seattle,WA 98101-8101

Date: April 09, 2020
Time: 9:30 am

IF YOU OPPOSE this motion, you must file your written response with the Court Clerk NOT LATER THAN THE RESPONSE DATE, which is April 02, 2020.

IF NO RESPONSE IS TIMELY FILED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: February 26, 2020

*/s/Jason Wilson-Aguilar*
Jason Wilson-Aguilar
Chapter 13 Trustee
WSBA #33582

Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

CM094  NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE AND HEARING

Judge: Christopher M. Alston
Chapter: 13
Hearing Date: April 09, 2020
Hearing Time: 9:30 am
Hearing Location: Judge Alston's Courtroom
700 Stewart St #7206
Seattle,WA 98101-8101

Response Date: April 02, 2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

TERRENCE E. TRIBBLE AND
RICHELLE J. TRIBBLE,

                Debtors.

IN CHAPTER 13 PROCEEDING
NO. 16-11567

TRUSTEE'S MOTION
TO DISMISS CASE

The Trustee moves to dismiss this case pursuant to 11 U.S.C. § 1307(c):

The confirmed Plan requires annualized payments of $4,375.00 per month. The plan is now delinquent a total of $13,375.00 calculated through 2/26/2020.

THE TRUSTEE REQUESTS that the Court dismiss this case.

Dated: February 26, 2020

                                          /s/ Jason Wilson-Aguilar
                                          Jason Wilson-Aguilar
                                          Chapter 13 Trustee
                                          WSBA #33582

                                          Chapter 13 Bankruptcy Trustee
                                          600 University St. #1300
                                          Seattle,WA 98101
                                          (206) 624-5124  Fax:(206) 624-5282
                                          www.seattlech13.com

CM093

TRUSTEE'S MOTION TO DISMISS CASE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>TERRENCE E. TRIBBLE AND<br>RICHELLE J. TRIBBLE,<br><br>                    Debtors. | IN CHAPTER 13 PROCEEDING<br>NO. 16-11567<br><br>Proposed<br>ORDER DISMISSING CASE |

THIS MATTER having come before the Court on the Chapter 13 Trustee's Motion to Dismiss Case, and the Court having reviewed and considered the motion, records and files in this case, it is

ORDERED that this case is dismissed.

///End of Order///

Presented by:

*/s/Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

ORDER DISMISSING CASE